**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. _25-8551-RMM_____

**UNITED STATES OF AMERICA**

**v.**

**NEMECIO TORRES,**
  **a/k/a "Rubelsi Mauricio-Mejia,"**

                    **Defendant.** _____
_____/

FILED BY_____SP_____D.C.

*Oct 7, 2025*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

**CRIMINAL COVER SHEET**

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? ☐ Yes ☑ No

2.  Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes ☑ No

3.  Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes ☑ No

4.  4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: _____
AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    188591
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:    (561) 820-8711
Fax:    (561) 820-8777
Email:  Aurora.Fagan@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY_____SP_____D.C.

**Oct 7, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  25-8551-RMM |
| NEMECIO TORRES, | ) |
| a/k/a "Rubelsi Mauricio-Mejia," | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 4, 2025_____ in the county of _____Palm Beach_____ in the _____Southern_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(1) | Illegal re-entry after removal. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, ICE Deportation Officer
*Printed name and title*

Sworn to and attested to me by applicant by
telephone (Facetime) per the requirements of
Fed. R. Crim. P.4 (d) and 4.1.

Date:  10/7/25

_____
*Judge's signature*

City and state:  _____West Palm Beach, FL_____        Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-two years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Nemecio TORRES, also known as Rubelsi MAURICIO-MEJIA committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about October 4, 2025, Nemecio TORRES was arrested in Palm Beach County, Florida for the offenses of aggravated battery and resisting without violence. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Nemecio TORRES is a native and citizen of Mexico. Records further show that on or about September 13, 2007, Nemecio TORRES was ordered removed from the United States. The Order of Removal

1

was executed on or about September 22, 2007, whereby Nemecio TORRES was removed from the United States and returned to Mexico.

5.      Thereafter, Nemecio TORRES re-entered the United States illegally, his prior order of removal was reinstated, and on or about December 1, 2018, was removed and returned to Mexico for the second time.

6.      Records further show that on or about August 3, 2007, in the United States District Court, District of South Carolina, Nemecio TORRES was convicted of the felony offense of knowingly use and possess a falsely made and counterfeit Alien Resident Card, in violation of Title 18, United States Code, Section 1546(a), case number 07-725.

7.      Further review of the records shows that on or about August 17, 2018, in the United States District Court, Southern District of Texas, Nemecio TORRES was convicted of the offense of entering the United States illegally at a place other than designated by the immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1), case number 18-po-06068.

8.      Nemecio TORRES's fingerprints taken in connection with his October 4, 2025, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Nemecio TORRES.

9.      A record check was performed in the Computer Linked Application Informational Management System to determine if Nemecio TORRES filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Nemecio TORRES obtained consent from the Attorney

General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

10.     Based on the foregoing, I submit that probable cause exists to believe that, on or about October 4, 2025, Nemecio TORRES, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this ___7___ day of October 2025.

_____
RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

3